IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JAMES LINDSEY HOWZE,

    Plaintiff,

vs.                                                      CASE NO. 4:06CV480-SPM/AK

JULIE ALLEN,

    Defendant.

_____/


**REPORT AND RECOMMENDATION**

    By Order dated January 9, 2007, Plaintiff was directed to file an amended complaint on or before January 26, 2007. (Doc. 16). On January 26, 2007, Plaintiff sought an extension of time and was granted through March 1, 2007, to file an amended pleading. (Doc. 19). When no amended pleading had been filed, the Court entered a show cause order directing a response by April 23, 2007. (Doc. 20). Plaintiff has not responded to the show cause order.

    A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court (docs. 19 and 20).  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  **27**$^{th}$ day of June, 2007.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:06CV480-SPM/AK