IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES LINDSEY HOWZE,

    Plaintiff,

vs.                                             4:06-CV-480-SPM/AK

JULIE ALLEN,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 21).  On January 26, 2007 the magistrate judge granted the Plaintiff's request to file an amended complaint.  On April 23, 2007, the magistrate judge directed Plaintiff to show cause why this case should not be dismissed.  As of July 27, 2007, Plaintiff has not responded to either of these orders.

The parties have been furnished a copy of the magistrate's order recommending dismissal of this case and have been afforded an opportunity to file objections.  As of August 6, 2007 there has been no response from either party.

Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it

is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 21) is adopted and incorporated by reference in this order.

2. This case is *dismissed with prejudice* for failure to prosecute and failure to obey an order of the Court.

**DONE AND ORDERED** this seventh day of August, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge